FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2008 APR 24 PM 12: 19
GREGORY C. LANGHAM
CLERK
BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00136-RPM-01

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STEVEN PHILLIP DORIS,

Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

On March 28, 2008, the probation officer submitted a petition for early termination of supervised release in this case. On April 3, 2008, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on April 10, 2008, and the United States has not objected to the proposed relief. Accordingly, it is

ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 24 day of April, 2008.

BY THE COURT:

Richard P. Matsch
Senior United States District Judge